UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN C. AYERS, on behalf of himself and as Representative of all individuals over 250 pounds who were denied employment based upon their weight,

    Plaintiff,

-vs-

MULTIBAND FIELD SERVICES, INC., a Delaware Corporation

    Defendant.

Case No: 2:13-cv-10765-TLL-CEB
Hon: Thomas L. Ludington

Removed from the Circuit Court for the County of Midland, Michigan
State Court No: 13-9346-CD

_____

| | |
|---|---|
| JULIE A. GAFKAY (P53680) | ALLAN S. RUBIN (P44420) |
| TRAVIS I. DAFOE (P73059) | EMILY M. PETROSKI (P63336) |
| **GAFKAY & GARDNER PLLC** | CHRISTINA A. DASKAS (P52757) |
| Attorneys for Plaintiff | **JACKSON LEWIS LLP** |
| 175 S. Main Street | Attorneys for Defendant. |
| Frankenmuth, MI 48734 | 2000 Town Center, Suite 1650 |
| (989) 652-9240 | Southfield, MI 48075 |
| | (248) 936-1900 (Phone) |
| | (248) 936-1901 (Fax) |
| | rubina@jacksonlewis.com |
| | emily.petroski@jacksonlewis.com |
| | daskasc@jacksonlewis.com |

_____

**DEFENDANT'S SUPPLEMENTAL BRIEF CONSISTENT WITH OPINION AND ORDER GRANTING DEFENDNAT'S MOTION TO DISMISS AND DIRECTING SUPPLEMENTAL BRIEFING [DKT 19]**

Defendant, Multiband Field Service, Inc. ("MFS"), by and through its counsel, and Consistent with the Court's September 18, 2013 Opinion and Order Granting Defendant's Motion to Dismiss and Directing Supplemental Briefing [Dkt 19], hereby files this Supplemental Brief and requests that the Court enter an Order requiring Plaintiff's counsel to pay Defendant $7,536.00 in attorneys' fees. In support of its Supplemental Brief and corresponding request for $7,536.00 in attorneys' fees, Defendant relies on the Court's Opinion and Order, as well as the Affidavit of Allan Rubin attached hereto as Exhibit 1.

Wherefore, Defendant respectfully requests that the Court enter an Order requiring Plaintiff's counsel to pay Defendant 7,536.00 in attorneys' fees, and that this Court award Defendant any other reasonable attorneys' fees necessitated by any opposition or objections made by Plaintiff or his counsel to this request.

Respectfully submitted,

**JACKSON LEWIS LLP**

Dated:   September 23, 2013         By:   /s/ Allan S. Rubin
**ALLAN S. RUBIN (P44420)**
EMILY M. PETROSKI (P63336)
CHRISTINA A. DASKAS (P52757)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
Telephone: (248) 936-1900
rubina@jacksonlewis.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and mailed the foregoing paper to Plaintiff's counsel at the address listed in the caption above.

        /s/ Allan S. Rubin
        ALLAN S. RUBIN (P44420)
        JACKSON LEWIS LLP
        2000 Town Center, Suite 1650
        Southfield, MI 48075
        (248) 936-1900 (Phone)
        (248) 936-1901 (Fax)
        rubina@jacksonlewis.com

4849-9051-9318, v. 1